# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| STACIE LYNN CAIN | ) Case No.: 4:16-bk-4438-SHG |
| | ) |
| | ) **ORDER FOR PAYMENT OF** |
| | ) **UNCLAIMED FUNDS TO THE** |
| | ) **U.S. BANKRUPTCY COURT** |
| | ) |
| | ) |
| Debtor | ) |

UPON APPLICATION OF Dianne C. Kerns, Esq., Standing Chapter 13 Trustee, and good cause appearing;

IT IS HEREBY ORDERED that the Trustee pay over the amount of $4903.95 to the Clerk of the United States Bankruptcy Court pursuant to Bankruptcy Rule 3010, and Section 347(a) of the Bankruptcy Code.

_____

SIGNED AND DATED ABOVE

_____